IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE,
NASHVILLE DIVISION

| | |
|---|---|
| KEITH A. BRINTON, an individual doing business as DIAMOND HEADS, ) ) ) | |
| Plaintiff, ) ) | NO. 3:04-0177 |
| ) | JUDGE HAYNES |
| vs. ) ) | |
| RONALD JOE LOGGANS, also known as GONZO; doing business as YOURMACIIINIST, ) ) ) ) | |
| Defendant. ) | |

### ORDER

In accordance with the Memorandum filed herewith, the Plaintiff's motion for partial summary judgment (Docket Entry No. 49) is **DENIED** and the Plaintiff's motion for a preliminary injunction (Docket Entry No. 73) is **DENIED**. This action is set for trial for **Tuesday, June 13, 2006 at 9:00 a.m.**, the final pretrial conference is set for **Friday, June 2, 2006 at 4:00 p.m.**

It is so **ORDERED.**

**ENTERED** this the 3rd day of May, 2006.

WILLIAM J. HAYNES, JR.
United States District Judge