IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

KEITH A. BRITON, an individual )
doing business as DIAMOND HEADS, )
)
    Plaintiff, )
v. ) NO. 3:04-0177
) JUDGE HAYNES
RONALD JOE LOGGANS, also known as )
GONZO, doing business as )
YOURMACHINIST, )
)
    Defendant. )

## ORDER

In accordance with the Memorandum filed herewith, the Plaintiff's motions in limine (Docket Entry Nos. 108 and 112) are **DENIED**. Upon reconsideration, the prior Order (Docket Entry No. 82) is **SET ASIDE** and the Plaintiff's motion for partial summary judgment (Docket Entry No. 49) is **GRANTED**. The Court **AWARDS** judgment to the Plaintiff on his patent infringement claim against the Defendant Ronald Joe Loggans. Accordingly, it is **ORDERED** that Plaintiff's patent, number 6,626,134, bearing the title "Engine Cooling System and Method for Making Same," is valid and the Defendant has infringed that patent. Therefore, it is **ORDERED** that Defendant and any person in active concert with the Defendant are **PERMANENTLY ENJOINED** from producing the Defendant's current engine products or any other similarly designed product that infringes Plaintiff's patent, number 6,626,134.

The Court also awards the Plaintiff its costs in this action for which execution may issue, if necessary.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the \_\_8th\_\_ day of August, 2006.

                                                    WILLIAM J. HAYNES, JR.
                                                    United States District Judge